IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 15 |
| BENCH ACCOUNTING, INC., *et al*,[1] | Case No. 25- 10463 (LSS) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY PLEADINGS SCHEDULED FOR MARCH 17, 2025 AT 11:00 A.M. (ET), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DE, 6TH FLOOR, COURTROOM 2**

> **All hearings before Judge Silverstein are in person.**
>
> **Permission to appear remotely at any hearing must be approved by chambers. Case Participants who are permitted to attend remotely must register using the eCourtAppearances tool as described below.**
>
> **The deadline to register for remote attendance is 4:00 P.M. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed. When registering, Case Participants may choose to attend remotely through video or audio access. Please be aware that if you choose audio access and the proceedings involve witness testimony, you may be disconnected entirely from the hearing or moved to a waiting room and unable to hear that portion of the proceedings. Once you register your appearance, a screen will appear that states "Thank you for registering your appearance in (Case number) (Case name)." An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**
> **.**

**PLEASE TAKE NOTICE** that, on March 13, 2025, KSV Restructuring Inc., in its capacity as the appointed Licensed Insolvency Trustee and authorized foreign representative (the "**Trustee**") of the estates of Bench Accounting, Inc. and 10Sheet Services, Inc. (together, the "**Debtors**"), in the Debtors' proceedings commenced under Canada's *Bankruptcy and Insolvency Act* (Canada), R.S.C. 1985, c. B-3, as amended, and pending before the Supreme Court of British Columbia at Vancouver, filed chapter 15 petitions and the *Verified Petition for Recognition of*

---

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, for each Debtor follow in parentheses: Bench Accounting, Inc. (3574) and 10Sheet Services Inc. (3476). The Trustee's head office is located at 545 Robson Street #300, Vancouver BC V6B 1A6 Canada.

32965555.2

*Foreign Proceeding and Related Relief* on behalf of the Debtors, pursuant to sections 1504 and 1515 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, with the United Stated Bankruptcy Court for the District of Delaware (the "**Court**").

**PETITIONS AND RELATED PLEADINGS:**

1. Voluntary Petitions

    A. Bench Accounting, Inc. [Case No. 25-10463]
    B. 10Sheet Services Inc. [Case No. 25-10464]

2. Verified Petition for Recognition of Foreign Proceeding and Related Relief [D.I. 3]

3. Declaration of Matthew B. Lunn in Support of the Verified Petition for Recognition of Foreign Proceeding and Related Relief and Motion for Provisional Relief in Aid of the Canadian Proceeding [D.I. 4]

4. Memorandum of Law in Support of Verified Petition for Recognition of Foreign Proceeding and Related Relief [D.I. 5]

5. Declaration of Robert Kofman in Support of the Debtors' Chapter 15 Petitions and First Day Pleadings in Foreign Proceedings [D.I. 9]

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day motions (collectively, the "**First Day Motions**") is scheduled for **March 17, 2025 at 11:00 a.m. (ET)** (the "**First Day Hearing**") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware.

**FIRST DAY MOTIONS GOING FORWARD:**

6. Motion Pursuant to Fed. R. Bankr. P. 1015(b) for Order Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code [D.I. 2]

    Status: This matter will be going forward.

7. Motion for Order Authorizing the Filing of a Consolidated List of Foreign Proceeding Administrators, Litigation Parties, and Entities Against Whom 11 U.S.C. §1519 Provisional Relief is Sought [D.I. 6]

    Status: This matter will be going forward.

8. Motion for Order Specifying Form and Manner of Service of Notice [D.I. 7]

    Status: This matter will be going forward.

9. Motion for Provisional Relief in Aid of the Canadian Proceeding [D.I. 8]

    Status: This matter will be going forward.

32965555.2

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions referenced above will be mailed to you in accordance with the Court's order approving the *Motion for Order Specifying Form and Manner of Service of Notice* subsequent to the First Day Hearing and are currently available on the Court's website: www.deb.uscourts.gov. If you would like to receive copies of any of the pleadings prior to the First Day Hearing, they may be obtained by contacting Debbie Laskin, paralegal at Young Conaway Stargatt & Taylor, LLP, counsel for the Trustee, at dlaskin@ycst.com.

| | |
|---|---|
| Dated: March 14, 2025<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Matthew B. Lunn*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Elizabeth S. Justison (No. 5911)<br>Daniel Trager (No. 7465)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Emails: mnestor@ycst.com<br>       mlunn@ycst.com<br>       ejustison@ycst.com<br>       dtrager@ycst.com<br><br>*Attorneys for KSV Restructuring Inc., as Trustee and Foreign Representative of the Debtors* |